KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
DALE BISH, State Bar No. 235390
Email: dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SEVY, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>NETFLIX, INC., a Delaware Corporation<br><br>    *Defendant*, | CASE NO.: 11 CV 01309 PSG<br><br>STIPULATION AND ORDER REGARDING DEFENDANT'S RESPONSE TO THE COMPLAINT DUE TO PENDING MOTION TO CONSOLIDATE |

STIPULATION RE DEFENDANT'S RESPONSE TO THE COMPLAINT
CASE NO. 11 CV 01309 PSG

-1-

1    WHEREAS, on March 18, 2011, Plaintiff Michael Sevy ("Plaintiff") filed a class action complaint against Netflix, Inc. ("Netflix") alleging violations of the Video Privacy Protection Act ("VPPA") and other claims arising from Netflix's alleged data retention practices;

WHEREAS, in addition to this action, to date, four additional class action complaints have been filed in this judicial district that contain substantially similar allegations and causes of action, and that seek the same relief as this action, specifically <u>Milans v. Netflix, Inc.</u>, Case No. 11-CV-0379 JF (the "Milans Action"); <u>Bernal v. Netflix, Inc.</u>, Case No. 11-CV-00820 PSG (the "Bernal Action"); <u>Rura v. Netflix, Inc.</u>, Case No. 11-CV-01075 SBA (the "Rura Action"); and <u>Comstock v. Netflix, Inc.</u>, Case No. 11-CV-1218 HRL (the "Comstock Action");

WHEREAS, on March 11, 2011, plaintiffs in the Bernal Action and Rura Action filed a motion in the Milans Action for an order (1) consolidating the Bernal Action with the Rura Action and the Milans Action; and (2) appointing Bursor & Fisher, P.A. and Faruqi & Faruqi, LLP as Interim Lead Co-Class Counsel, which motion is currently set to be heard on May 6, 2011 (the "Consolidation Motion");

WHEREAS, Netflix's response to the complaint in this action is currently due on or before April 11, 2011;

WHEREAS, Netflix has requested, and plaintiffs in each of the actions referenced herein have agreed to, an extension of time for Netflix to respond to the complaint pending resolution of the Consolidation Motion and appointment of a lead plaintiff.

1      NOW THEREFORE, IT IS HEREBY STIPULATED that:

2      1.      Netflix shall respond to the complaint within 30 days after the cases are
consolidated and a consolidated complaint is filed, or, in the event that the Court denies the
pending Consolidation Motion, within 30 days of the issuance of such order.

       2.      This stipulation is without prejudice to the rights, claims, or defenses of any party,
and shall not be used by Netflix as evidence of, or to support any argument that, Plaintiff has not
timely pursued his claims or has not been diligent.

Dated: March 22, 2011

                                                    s/ Rodney G. Strickland, Jr.

                                                    Rodney G. Strickland, Jr.
                                                    WILSON SONSINI GOODRICH & ROSATI

                                                    Attorneys for Defendant
                                                    NETFLIX, INC.

Dated:  March 22, 2011

                                                    s/ Marc L. Godino

                                                    Marc L. Godino
                                                    GLANCY BINKOW & GOLDBERG LLP

                                                    Attorneys for Plaintiff Michael Sevy

STIPULATION RE DEFENDANT'S RESPONSE TO            -3-
THE COMPLAINT
CASE NO. 11 CV 01309 PSG

1 ORDER

2 Netflix shall respond to the complaint no later than 30 days after the cases are
3 consolidated and a consolidated complaint is filed, or, in the event that the Court denies the
4 pending Consolidation Motion, within 30 days of the issuance of such order.

5 PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7 Dated: March 23, 2011

  _____
  Paul S. Grewal
8 UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file the Stipulation And [Proposed] Order Regarding Defendant's Response to the Complaint.  I hereby attest Marc L. Godino has concurred in this filing.

Dated: March 22, 2011

                                                                        s/ Rodney G. Strickland, Jr.

                                                                        Rodney G. Strickland, Jr.
                                                                         WILSON SONSINI GOODRICH & ROSATI

                                                                        Attorneys for Defendant
                                                                         NETFLIX, INC.

# CERTIFICATE OF SERVICE BY MAIL

I, Linda Koontz, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this date.

On this date, I served **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO THE COMPLAINT DUE TO PENDING MOTION TO CONSOLIDATE** on each person listed below, by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I placed the envelope(s) for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

**Joseph J Siprut**
Siprut, PC
122 outh Michigan Avenue
Suite 1850
Chicago, IL 60603

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on March 22, 2011.

/s/ Linda Koontz
_____
Linda Koontz

CERTIFICATE OF SERVICE
CASE NO. 11 CV 01309 PSG