UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

Presently before the Court are four Administrative Motions to Relate Cases Pursuant to Civil L.R. 3-12. The time for filing oppositions or statements of support has passed in every case. No oppositions were filed; all parties support the relation. This Court was assigned to Milans v. Netflix, Inc., the earliest filed case. The Court finds that the four more recently filed cases initialed below are related to Milans v. Netflix, Inc., and those cases shall be reassigned to Judge Edward J. Davila.

**C 11-00379 EJD**      **Milans v. Netflix, Inc.**

**C 11-01075 SBA**      **Rura v. Netflix, Inc.**

   I find that the above case is related to the case assigned to me.   **EJD**

**C 11-01218 HRL**      **Comstock v. Netflix, Inc.**

   I find that the above case is related to the case assigned to me.   **EJD**

**C 11-01309 PSG**      **Sevy v. Netflix, Inc.**

   I find that the above case is related to the case assigned to me.   **EJD**

**C 11-01359 HRL**      **Wizenberg v. Netflix, Inc.**

   I find that the above case is related to the case assigned to me.   **EJD**

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials EJD immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: May 13, 2011

Judge Edward J. Davila

-1-

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** ___May 17, 2011___      **By:** _*Elizabeth C Garcia*_

                                                   **Deputy Clerk**

Copies to:   Courtroom Deputies
              Case Systems Administrators
              Counsel of Record
Entered into Assignment Program: _____ (date)